■ DONALD DAVIES CORPORATION, Respondent-Appellant, v J & J TRUCK-ING Co., INC., Appellant-Respondent.—Order, Supreme Court, New York County, entered on February 17, 1976, unanimously affirmed for the reasons stated by Baer, J., at Special Term. Plaintiff-respondent-appellant shall recover of defendant-appellant-respondent $60 costs and disbursements of this appeal. Concur—Lupiano, J. P., Birns, Silverman, Lane and Markewich, JJ.